1 | **MAURICE WUTSCHER LLP**
Patrick J. Kane (SBN 273103)
2 | 440 Stevens Avenue, Suite 200
Solana Beach, CA 92075
3 | Tel. 858-381-7860
E-mail: pkane@mauricewutscher.com
4 |
5 |
6 | *Attorneys for Plaintiff,*
*Poser Investments, Inc. assignee of*
*Howard Johnson International, Inc.*
7 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(EASTERN DIVISION – RIVERSIDE)

| HOWARD JOHNSON INTERNATIONAL, INC., | ) Case No.: 5:12-mc-00001-UA |
|---|---|
| Plaintiff, | ) **RENEWAL OF JUDGMENT BY CLERK** |
| v. | ) |
| BAL KRISHNA, INC.; RAJESH KUMAR V PATEL; KIRTIBEN R. PATEL | ) |
| Defendant(s). | ) |

1
2   Based upon the application for renewal of judgment and supporting
3   declaration, and pursuant to Federal Rule of Civil Procedure 69(a) and California
4   Rules of *Code of Civil Procedure* §§ 683.110 to 683.220, and good cause appearing
5   therefor, the judgment of this Court entered in favor of Plaintiff and Judgment
6   Creditor, Poser Investments, Inc. assignee of Howard Johnson International, Inc. on
7   January 17, 2012 ("Judgment") against Defendants and Judgment Debtors Bal
8   Krishna, Inc., Rajesh Kumar V Patel and Kirtiben R Patel ("Judgment Debtors") is
9   hereby renewed in the amounts set forth below:

| | | | |
|---|---|---|---|
| a. | Amount of Original Judgment (including pre-judgment interest) | $210,654.66 |
| b. | Amount of Attorney's Fees and Costs | $6,050.00 |
| c. | Subtotal of Original Judgment & Fees | $216,704.66 |
| d. | Interest on Subtotal of Original Judgment and Fees at 10% per annum from 01/17/20212 to 12/30/2021 (calculated as $21,670.466 of interest per annum x 9 years, 11 months, 14 days at $59.37 per day) | $215,814.09 |
| e. | Total amount of renewed judgment in this District (c. + d.) | $432.518.75 |

DATED: 1/7/2021

By: _____
Deputy Clerk

KIRY K. GRAY,
Clerk of United States District Court